IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CMI LIMITED COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SHORELINE PLASTICS, LLC; GULF SYNTHETICS, LLC; and EVERLAST SYNTHETIC PRODUCTS, LLC<br><br>Defendants. | Civil Action No. 1:09-CV-1421 |

**PLAINTIFF CMI LIMITED COMPANY'S &
DEFENDANT SHORELINE PLASTICS, LLC'S
<u>JOINT PRELIMINARY REPORT AND DISCOVERY PLAN</u>**

**1.  Description of Case:**

  (a)  **Describe briefly the nature of this action.**

This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, and governed by the Patent Local Rules of this Court.

  (b)  **Summarize, in the space provided below, the facts of this case. The summary should not be argumentative nor recite evidence.**

*   *   *   *   *

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the court orders that the same, including the attached Litigation Schedule, shall govern the parties in this case.

IT IS SO ORDERED, this 17<u>th</u> day of <u>July</u>, 2009.

<u>/s/ William S. Duffey</u>
William S. Duffey, Jr.
United States District Court Judge
Northern District of Georgia

16